IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                        Case No. 6:21-cr-60026

KAIVEN WESLEY                                                                               DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 93.

Judge Bryant recommends that Defendant's Motion to Transfer to FBOP (ECF No. 91) be denied. Judge Bryant first notes that Defendant's current motion requesting an order to transfer him from the custody of the State of Texas, where he is currently serving a sentence for a Texas conviction, and into the custody of the Federal Bureau of Prisons ("BOP") to serve the sentence for his federal conviction is practically identical to a prior motion (ECF No. 72) Defendant filed. The Court denied the prior motion to transfer, finding that whichever sentence a defendant serves first is a matter between the executive branches of a State and the federal government and that courts should not intrude upon that matter. ECF No. 81. Judge Bryant then notes that the only difference in the newest motion to transfer is that Defendant asserts, without any supporting statements or evidence, that he has life-threatening health problems and needs access to a law library. Therefore, Judge Bryant recommends that the newest motion to transfer be denied on the same grounds as the prior motion to transfer.

Defendant filed a timely objection. ECF No. 94. However, Defendant does not address Judge Bryant's reasoning or analysis. Instead, he simply reiterates the argument put forth in both the newest motion to transfer and the earlier motion to transfer, which focuses solely on the fact

that he was out on bond for State charges when he was sentenced for his federal conviction. ECF Nos. 72 & 91. The Court already found this argument unavailing, and Defendant has provided no reason to reconsider that conclusion.

Upon review, the Court adopts Judge Bryant's R&R (ECF No. 93) in toto. Accordingly, Defendant's Motion to Transfer to FBOP (ECF No. 91) is **DENIED**.

**IT IS SO ORDERED**, this 10th day of October, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge